# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Kevin Donald Pope,

    Petitioner

v.

Janice Killian, et al.,

    Respondents

Case No.: 2:18-cv-00510-JAD-VCF

**Order**

On April 2, 2018, I denied pro se petitioner Kevin Donald Pope's motion for leave to proceed *in forma pauperis* without prejudice because he failed to file a completed pauper application accompanied by the necessary financial records.[1] Pope's petition for a writ of habeas corpus was also defective because he failed to file it on the court's form for § 2241 petitions, so I granted him leave to correct that deficiency.[2] I ordered the Clerk of Court to mail to Pope a copy of his papers in this action, two incarcerated-person pauper applications along with instructions, and two § 2241 form habeas petitions.[3] That mail was returned as undeliverable.[4]

Accordingly, IT IS HEREBY ORDERED that Pope has **until May 23, 2018, to UPDATE his mailing address.** If he fails to do so by this court-ordered deadline, this action will be dismissed without prejudice and without further prior notice.[5]

Dated: April 23, 2018

                                            U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 3.

[2] *Id.*

[3] *Id.*

[4] ECF No. 4.

[5] Local Rule IA 3-1.