# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Kevin Donald Pope,

    Petitioner

v.

Warden Janice Killian, et al.,

    Respondents

Case No.: 2:18-cv-00510-JAD-VCF

**Order Dismissing Case**

    On April 18, 2018, court mail was returned from petitioner Kevin Donald Pope's on-file mailing address.[1] Five days later, I instructed Pope to update his mailing address and warned him that his case would be dismissed if he failed to do so by May 23, 2018.[2] That deadline expired a month ago, and Pope has still not updated his mailing address. Because Pope has failed to comply with my order and Local Rule IA 3-1, which requires that he immediately file written notification of any change of address, IT IS HEREBY ORDERED that **this action is DISMISSED** without prejudice to Pope's ability to refile his claims in a new, separate action.

    The **Clerk of Court** is directed to **ENTER JUDGMENT accordingly and CLOSE THIS CASE**.

Dated: June 22, 2018

                                       _____
                                       U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 4.

[2] ECF No. 5.